IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DURAND TOSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 1:23-CV-00029-C |
| | § | |
| DIRECTOR TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed.

Dated May 23, 2023.

_____
SAM R. CUMMINGS
Senior United States District Judge